

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-05-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JUAN CARLOS DORADO, | |
| Defendant. | |

At the request of the U.S. Probation Officer in the above-captioned matter,

IT IS HEREBY ORDERED that the sentencing deadlines will be reset as follows:

1. The probation officer shall disclose the completed report, except for recommendations of the probation officer, to Defendant, counsel for Defendant, and counsel for the government on or before **June 23, 2017.** The probation officer shall not disclose any recommendation made or to be made to the Court.

2. Counsel shall attempt in good faith to resolve disputes over any material in the presentence report. Unresolved objections to be relied upon at sentencing shall be presented to the probation officer on or before **July 7, 2017.**

1

U.S.S.G. § 6A1.2. **Any unresolved objections are expected to be included in the pre-sentence report, not in a sentencing memorandum.**

3. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **July 20, 2017.**

4. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **July 25, 2017.** Absent good cause shown, sentencing memoranda and supporting documents filed after **July 25, 2017** will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

5. Responses to sentencing memoranda shall be filed on or before **July 31, 2017.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 9th day of June, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

2